CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JUL - 9 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JOSHUA SPEARS, ) | Civil Action No. 7:12-cv-00296 |
|     Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NATALIE JONES, ) | By:  Hon. Jackson L. Kiser |
|     Defendant. ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 9th day of July, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge