CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JUL - 9 2012
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSHUA SPEARS,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:12-cv-00296 |
| v. | ) <br> ) | **ORDER** |
| NATALIE JONES,<br>    Defendant. | ) <br> ) <br> ) | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 9th day of July, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge